# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** __16-1472__ as

[✔] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Beatrice Lovett, plaintiff

_____ as the
(party name)

[✔] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)  [ ] movant(s)

/s/ Ralph T. Bryant, Jr.
(signature)

Ralph T. Bryant, Jr.                           252-626-3267
Name (printed or typed)                        Voice Phone

                                               252 - 294-1624
Firm Name (if applicable)                      Fax Number

P.O. Box 723

Newport NC 28570                               attorneyralphbryantjr@gmail.com
Address                                        E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on __5/5/2016__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Christopher A. Page
Young, Moore & Henderson
PO Box 31627
Raleigh, NC 27622
919-782-6860
Fax: 785-3335
Email: cap@youngmoorelaw.com

/s/ Ralph T. Bryant, Jr.                                           5/5/2016
Signature                                                          Date

01/19/2016  SCC